IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CITY OF BELLEVUE, NEBRASKA, | ) | Case No. 8:11CV399 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| FEDERAL INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

Upon notice of settlement given to the magistrate judge by Thomas Vickers, counsel for Plaintiff,

**IT IS ORDERED:**

1. On or before **February 21, 2012,** the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to District Judge Laurie Smith Camp, at smithcamp@ned.uscourts.gov, a draft order which will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. The Rule 26 planning report deadline set for January 23, 2012, is cancelled upon the representation that this case is settled.

Dated this 20th day of January 2012.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge