# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **CITY OF BELLEVUE, NEBRASKA,** | ) | **CASE NO. 8:11CV399** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **ORDER AND** |
| | ) | **FINAL JUDGMENT** |
| **FEDERAL INSURANCE COMPANY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the parties' joint Stipulation for Dismissal with prejudice (Filing No. 17). The stipulation complies with the requirements of Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and the Court concludes that it should be approved. The parties will bear their own costs and attorney's fees. Accordingly,

IT IS ORDERED:

1. The parties' Stipulation for Dismissal (Filing No. 17) is approved;

2. This action is dismissed with prejudice; and

3. The parties will pay their own costs and attorney's fees.

Dated this 27th day of February, 2012.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge